NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1050

### KEITH RUSSELL JUDD,

Plaintiff-Appellant,

v.

### FEDERAL CORRECTIONAL INSTITUTE - FORT DIX, NEW JERSEY,

Defendant-Appellee.

Appeal from the United States District Court for the District of New Jersey in case no. 02-CV-5305, Judge Jerome B. Simandle.

## ON MOTION

Before SCHALL, Circuit Judge.

## O R D E R

Upon consideration of Keith Russell Judd's motions for leave to proceed in forma pauperis and to reinstate this appeal,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

DEC 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Keith Russell Judd

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 0 2009

JAN HORBALY
CLERK